UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY EDWIN MILES, ) | Case No. CV 10-3587-CAS (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: February 1, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

`C:\Temp\notesE1EF34\LA10CV03587CASPJW-J.wpd`